UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMAL VAUGHN** | * | **CIVIL ACTION NO: 18-07735** |
| | * | |
| **VERSUS** | * | **SECTION: "J"(2)** |
| | * | |
| **AMERICAN COMMERCIAL BARGE LINE, LLC** | * | **JUDGE: CARL J. BARBIER** |
| | * | |
| | * | **MAGISTRATE:** |
| | * | **JOSEPH C. WILKINSON, JR.** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PRE-TRIAL QUANTUM MEMORANDUM

MAY IT PLEASE THE COURT:

At the time of his injuries, plaintiff, Jamal Vaughn, was 22 years old. It has been 5 ½ years since the accident and plaintiff has approximately a 50 year life expectancy. The plaintiff submits the following cases for the Court's consideration in regard to quantum:

1.

Plaintiff was awarded $500,000 for past pain and suffering and $500,000 for future pain and suffering. Plaintiff underwent a lumbar fusion surgery and incurred a 15-20% permanent total body disability as a result of his injury. He also sustained a cervical herniated disc and a torn lateral meniscus in the right knee. Plaintiff did not establish with medical certainty that he would require future neck and knee surgery. <u>Harvey v. Cole</u>, 00-1849 (La. App. 4th Cir. 1/23/02), 808 So.2d 771.

2.

A <u>39 year old plaintiff</u> sustained a hip injury, underwent emergency surgery to stabilize the broken hip, injections in the facet joints in the lower back, and epidural steroid injections as well as physical therapy and medications. The plaintiff required long-term pain management in the form of

1

facet joint injections and rhizotomy and plaintiff would require additional surgeries in the future to remove hardware from the hip and an eventual full hip replacement. The Court awarded this 39 year old $100,000 for past pain and suffering, $400,000 for future pain and suffering. The past award for pain and suffering was based on two years since the date of the accident. <u>Dunn v. Marquette Transportation Co., LLC</u>, 2017 WL 3887521, (E.D. La.), Fallon, J.  09/06/2017.

3.

A <u>46 year old plaintiff</u> consistently complained of left leg and left knee pain since the accident. The credible medical evidence is that the plaintiff would require a two-level cervical fusion and also a left knee arthroscopy and L4-5 radiofrequency neurotomy to treat the injuries he suffered. This Court awarded this plaintiff $100,000 in past pain and suffering and $250,000 in future pain and suffering. The award was made approximately 1 ½ years subsequent to the accident and plaintiff had approximately a 25 year life expectancy. <u>Weeks Marine, Inc. v. Watson</u>, 190 F. Supp. 3rd 588 (E.D. La. 05/27/2016), Barbier, J.

As previously stated, plaintiff, Vaughn, was 22 years old at the time of his injury. He has sustained significant permanent disability and restrictions as a result of the injuries he sustained and these injuries will have a substantial impact on not only his future employability but also will require continued pain management in various forms including periodic epidural steroid injections, 3-4 per year for 10 years at least, maybe longer. Therefore, plaintiff respectfully suggests that an appropriate award for past pain and suffering is $400,000 and an appropriate award for future pain and suffering is $700,000.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES, LLC**

  /s/   Jim S. Hall
**JIM S. HALL (#21644)**
**MATTHEW B. MORELAND (#24567)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 6th day of June, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

  /s/Jim S. Hall
  **JIM S. H ALL**