UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMAL VAUGHN | CIVIL ACTION |
| VERSUS | NO. 18-7735 |
| AMERICAN COMMERCIAL BARGE LINE, LLC | SECTION: "J"(2) |

# JUDGMENT

In accordance with the foregoing Findings of Fact and Conclusions of Law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff Jamal Vaughn, and against Defendant American Commercial Barge Line, LLC, in the amount of $1,879,298.00.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff is entitled to pre-judgment interest at a rate of 5% per annum from the date of injury until paid on awards for past damages, including past wage loss, unpaid medical bills, past pain and suffering. Interest at the same rate is due on the remainder of the damages awarded from the date of judgment until paid. All costs are taxed to Defendant.

New Orleans, Louisiana, this 26th day of June, 2023.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE